# IN THE UNTED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

|  |  |
|---|---|
| ARKEIN CAMPBELL, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF NORTH CHARLESTON, <br> OFFICER KATELYN ARNOLD, <br><br> Defendants. | Case No.: 2:20-CV-00959-RMG-MGB <br><br> **PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESS** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff identifies and discloses the following expert witness, who may be called at trial:

Seth Stoughton
315 Running Fox Road
Columbia, SC 29223

If called to testify, Mr. Stoughton will testify about the Defendants' use of force and tactics. A true and accurate report of his Report, along with the other documentation required by Rule 26(a)(2)(B) are being served on all parties contemporaneously with this filing. The undersigned reserves the right to have Mr. Stoughton amend/supplement the Report in accordance with the applicable Federal Rules of Civil Procedure.

ALLEN LAW FIRM

s/*Julian Allen*
Julian K. Allen (Fed. ID 10148)
P.O. Box 12429
Charleston, SC 29422
T: 843.882.5005
F: 843.284.3908
julian@allenlawsc.com
**ATTORNEY FOR PLAINTIFF**

November 10, 2020