UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ARKEIN CAMPBELL, | ) | |
| | ) | C/A No. 2:20-cv-00959-RMG-MGB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT KATELYN ARNOLD'S** |
| | ) | **NOTICE OF FILING RECORDS** |
| CITY OF NORTH CHARLESTON AND | ) | **CUSTODIAN AFFIDAVITS** |
| KATELYN ARNOLD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Katelyn Arnold ("Defendant Arnold"), by and through her undersigned counsel,

hereby submits the Records Custodian Affidavits attached hereto from the following:

- Roper St. Francis Healthcare (for documents produced 02/24/2021).

Defendant Arnold reserves the right to supplement this notice if and when additional

Records Custodian Affidavits are received.

Respectfully submitted,

CHANDLER & DUDGEON LLC

s/J. Matthew Johnson
Amanda K. Dudgeon, Fed ID 9861
Email:  mandi@chandlerdudgeon.com
J. Matthew Johnson, Fed ID 11391
Email:  matt@chandlerdudgeon.com
P.O. Box 547
Charleston, SC 29402
Phone: (843) 577-5410
Fax: (843) 577-5650

*Attorneys for Defendant Katelyn Arnold*

May 21, 2021