

Patient Name: Campbell, UrKeim
Date of Birth: ▓▓▓▓▓▓
Internal MRN: 1712518



## Custodian of Records Certification/Affidavit

I, **Kristen E. Barfield**, am over the age of eighteen and dully authorized Custodian of Medical Records for: Roper St. Francis Healthcare, 316 Calhoun Street Charleston, South Carolina 29401-1113 United States. Phone: (843) 606-7576, Email: Kristen.Barfield@rsfh.com.

### A) CERTIFICATION OF RECORDS/MATERIALS [i]:

I hereby certify that as of this date, __8·13·20__, and under reasonable accessibility the medical records attached hereto are true and accurate copies consistent with the request [ii]. To the best of my knowledge the records were prepared by the appropriate departments and personnel of Roper St. Francis Healthcare in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

### B) AFFIDAVIT OF NO RECORDS/MATERIALS: (please check the following that applies)

A thorough search of Roper St. Francis Healthcare's medical record database, carried out under my direction using the specified information provided in the medical record request revealed no documents, records, materials or images. It is to be understood that this does not mean that the records do not exist under another spelling, name, dates of service, business entity, or other classification.

All or *partial* records as described in the medical record request were destroyed/purged in accordance with Roper St. Francis Healthcare's medical record retention policy.

_Kristen Elizabeth Barfield_
**Custodian of Records Name (print)**

Signature of Custodian of Records

Subscribed and sworn to before this __17__ day of __August__, 2020

Notary Public: _Jennifer Coffey_    My commission expires: _1/27/27_

[Notary Seal: JENNIFER COFFEY, NOTARY PUBLIC, SOUTH CAROLINA, COMM. EXP. 01-27-2027]

---

[i] Medical Records that include 'outside/external' documentation (not created by Roper St. Francis Healthcare) in the designated record set is not an assurance that the 'outside/external' records were readily available, reviewed, or relied upon for patient care decisions unless specifically noted by reference within the contents of the medical record created during the course of service delivery by Roper St. Francis Healthcare.

[ii] Document naming conventions (type/classification) within the *Electronic Medical Record* may vary from the document types requested in the *Medical Record Request*. If such data discrepancies are found to apply, warranting further clarification, please contact the Custodian of Records mentioned hereinabove.